HODGES *v.* KITCHENS, administratrix.

HILL, J. The rulings made in the case of *Hodges* v. *Coleman*, this day decided, are controlling in the instant case.
*Judgment affirmed. All the Justices concur.*
No. 7657. NOVEMBER 11, 1930.